UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| APACHE CORPORATION | CIVIL ACTION NO. 4:22-CV-2019 |
| *Plaintiff,* | JURY DEMANDED |
| v. | |
| LLOG EXPLORATION COMPANY, LLC | |
| *Defendant.* | |

**************************************************************************

### LLOG EXPLORATION COMPANY, L.L.C.'S
### F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, LLOG EXPLORATION COMPANY, L.L.C., who reserves all of its defenses and who certifies that LLOG Holdings, L.L.C. is the sole member of LLOG Exploration Company, L.L.C. and Gerald Boelte is the sole member of LLOG Holdings, L.L.C. As of this date, LLOG Exploration Company, L.L.C. is a limited liability company; it is not a corporation. There is no parent corporation of LLOG Exploration Company, L.L.C. or LLOG Holdings, L.L.C. There is no publicly traded or publicly held corporation owning any of the stock of LLOG Exploration Company, L.L.C. or LLOG Holdings, L.L.C.

Respectfully submitted,

*/s/ John H. Hughes*
John H. Hughes (Bar # 14519)
Allen & Gooch, A Law Corporation
2000 Kaliste Saloom Road, Ste. 400 (70508)
P.O. Box. 81129
Lafayette, Louisiana 70598-1129
Telephone: (337) 291-1290
Facsimile: (337) 291-1295
Email JohnHughes@Allengooch.com
*Attorneys for LLOG Exploration Company, L.L.C.*
*Attorney-in-Charge*

And

Respectfully submitted,

*/s/ Brent M. Maggio*
BRENT M. MAGGIO (#19959)
ALLEN & GOOCH
301 N. Columbia Street, 2nd Floor
Covington, LA  70433
Tel:  504.836.5260
Fax: 504.836.5265
BrentMaggio@AllenGooch.com
*Attorney for LLOG Exploration Company, L.L.C.*

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2022, a copy of the above and foregoing was filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/*Brent M. Maggio*
Brent M. Maggio